**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**BRIAN DOOGAN**                                                                  **PETITIONER**

**v.**                          **Case No. 4:13-mc-00022-KGB**

**CENTER FOR TOXICOLOGY
AND ENVIRONMENTAL HEALTH
AND PHILLIP T. GOAD**                                       **RESPONDENTS**

## ORDER

Petitioner Brian Doogan brings this action seeking to enforce subpoenas issued to the Center for Toxicology and Environment Health ("CTEH") and Dr. Phillip T. Goad in connection with a lawsuit Mr. Doogan filed in the United States District Court for the Southern District of Illinois, *Doogan v. Union Pacific Railroad Company*, Case No. 3-12-cv-001148-DRH-PMF (S.D. Ill.). There has been no activity on the docket since Mr. Doogan filed affidavits of service of his petition as to both CTEH and Dr. Goad. The Court takes notice that, after filing his petition in this Court, Mr. Doogan subsequently filed in the underlying case in Illinois a notice of settlement, and that case has been dismissed with prejudice. *See* Case No. 3:12-cv-1148-DRH-PMF (S.D. Ill.), Dkt. Nos. 82, 83, 84.

In view of the resolution of the underlying suit in which these subpoenas were issued, the Court denies and dismisses without prejudice Mr. Doogan's petition as moot (Dkt. No. 1).

SO ORDERED this the 28th day of January, 2015.

_____
Kristine G. Baker
United States District Judge